IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLARENCE L. SCOTT                                                                     PLAINTIFF

V.                                    CASE NO. 2:15-CV-02193

JUSTIN DELEON; and CITY OF
FORT SMITH, ARKANSAS                                                              DEFENDANTS

## JUDGMENT

On the 22nd day of January, 2018, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the close of Plaintiff's case, the Court granted judgment as a matter of law in favor of Defendants on Plaintiff's claim for the tort of outrage. At the completion of the trial, the case was submitted to the jury and a unanimous verdict was reached in favor of Defendants Justin Deleon and the City of Fort Smith, Arkansas. (Doc. 91). The verdict form was signed and dated by the jury foreperson.

In accordance with the verdict, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Clarence L. Scott take nothing on his complaint and this matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorney's fees.

IT IS SO ADJUDGED this 25th day of January, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE